# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOLLAND, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01959-SKO (PC)<br><br>**ORDER STRIKING PLAINTIFF'S UNSIGNED MOTION FOR COURT REPLY**<br><br>**(Doc. 34)** |

Plaintiff, Ivan Lee Matthews, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2017, Plaintiff filed an unsigned motion "for court reply." (Doc. 34.) The Court cannot consider unsigned filings and Defendants need not file a response to an unsigned pleading. Fed. R. Civ. P. 11(a); Local Rule 131(b). It appears, however, from Plaintiff's filing that he has received neither the Discovery and Scheduling Order which issued in this case on April 26, 2017, nor the order denying his request for entry of default which issued on May 3, 2017.

Thus, it is HEREBY ORDERED that Plaintiff's motion for court's reply, filed on May 18, 2017, is STRICKEN FROM THE RECORD in this action. The Clerk's Office is directed to serve copies of the Discovery and Scheduling Order (Doc. 28) and the order denying his request for entry of default (Doc. 32) on Plaintiff.

IT IS SO ORDERED.

Dated: **May 19, 2017**　　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1