# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>        Plaintiff,<br><br>v.<br><br>HOLLAND, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01959-DAD-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO SCHEDULE A SETTLEMENT CONFERENCE WITHOUT PREJUDICE**<br><br>**(Docs. 38, 39)** |

Plaintiff, Ivan Lee Matthews, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's First Amended Complaint has been served on Defendants who filed their answer. On April 26, 2017, the Discovery and Scheduling Order issued, providing a deadline for the filing of dispositive motions on or before March 5, 2018. (Doc. 28.) On June 7, 2017, Plaintiff filed two documents requesting that a settlement conference be scheduled and setting forth his proposed settlement terms. (Docs. 38, 39.)

The Court will not expend its limited resources on a settlement conference at this juncture in the case unless both sides believe it would be beneficial. At this stage, the defendants are researching the relevant issues and assessing the merit of the claims against them as well as any affirmative defenses. Generally, the Court will solicit the parties' positions and set a settlement conference following a ruling on dispositive motions, if appropriate.

In the meantime, the parties are encouraged to meet and confer regarding a possible resolution of the case. Plaintiff may serve Defendants with an offer of settlement at any time. If both sides believe a settlement conference would be beneficial before a ruling on dispositive

1

motions, they are encouraged to inform the Court so that the Court can accommodate their request.

Based on the foregoing, it is **HEREBY ORDERED** that Plaintiff's request for a settlement conference is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **June 16, 2017**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE