# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>        Plaintiff,<br><br>v.<br><br>HOLLAND, et al.,<br><br>        Defendants. | 1:14-cv-01959-DAD-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(Doc. 49. 50)**<br><br>**21 DAY DEADLINE** |

On January 16, 2018, Plaintiff filed a notice of change of address and motion to extend time to file an opposition to Defendants' motion for judgment on the pleadings. It is noted that Plaintiff's mailing address did not actually change since he is still housed at Salinas Valley State Prison. However, Plaintiff's right hand injury, which required two surgeries, convalescence, and therapy, combined with his placement in short term restrictive housing ("STRAH") (formerly called the Administrative Segregation Unit ("ASU")) has restricted his ability to research and draft an opposition to Defendants' motion. This amounts to good cause both to discharge the January 11, 2018 order that issued for Plaintiff to show cause why the action should not be dismissed based on his failure to file an opposition to Defendants' motion and to grant Plaintiff's requested extension of time.

/ / /

/ /

1

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted twenty-one (21) days from the date of service of this order in which to file an opposition or statement of non-opposition to Defendants' motion for judgment on the pleadings.

IT IS SO ORDERED.

Dated: **January 18, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE