UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>KIM HOLLAND,<br><br>    Defendants. | No. 1:14-cv-1959 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. This case was recently reassigned to the undersigned magistrate judge. The order of reassignment vacated all pending deadlines in this case. The purpose of this order is to establish new deadlines.

On December 6, 2017, defendant filed a motion for judgment on the pleadings. (ECF No. 46.) On December 18, at defendant's request, the court amended the Discovery and Scheduling Order, setting a June 26, 2018 deadline for discovery and a September 5, 2018 deadline for dispositive motions. (ECF No. 48.) When plaintiff did not file a response to defendant's December 6 motion, the court issued an order to show cause why the case should not be dismissed for plaintiff's failure to prosecute. (ECF No. 49.)

On February 1, 2018, plaintiff filed a response to the order to show cause. (ECF No. 54.) Plaintiff explained that medical problems and a prison lockdown have prevented him from filing

a timely opposition to the motion for judgment on the pleadings.  Also on February 1, plaintiff filed an opposition to defendant's pending motion and a request for judicial notice.  (ECF Nos. 52, 53.)

On February 2, 2018, Judge Mueller issued an order relating the present case with three other cases pending in this district.  (ECF No. 55.)  Those related cases have been reassigned to Judge Mueller and the undersigned magistrate judge.  The February 2 order also vacated all pending dates set in each of the newly reassigned cases.

After reviewing the dockets of each of the newly re-assigned cases, the court finds it appropriate to reinstate the deadlines set out previously.  Therefore, IT IS HEREBY ORDERED as follows:

1. The Amended Discovery and Scheduling Order (ECF No. 48) is reinstated. The deadlines completion of all discovery, including filing motions to compel, is June 26, 2018.  The deadline for filing pre-trial dispositive motions is continued to September 5, 2018.  All other requirements of the original Discovery and Scheduling Order filed April 26, 2017 remain in effect.
2. The court construes plaintiff's response to the order to show cause as also being a motion for an extension of time to file an opposition to defendant's motion for judgment on the pleadings.  The court finds good cause for the extension of time and accepts plaintiff's February 1, 2018 filings in opposition to defendant's motion.

Dated:  March 8, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/matt1959.am dso2