IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LEE MATTHEWS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. HOLLAND,<br><br>　　　　　Defendant. | Case No. 1:14-cv-01959 KJM DB P<br><br>ORDER |

　　　Defendant K. Holland has moved to extend the deadline for filing a dispositive motion for forty-five days. Good cause having been shown, IT IS HEREBY ORDERED that defendant's application (ECF No. 66) is GRANTED.

　　　Any dispositive motions shall be filed on or before January 18, 2019.

Dated: November 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/matt1959.dso eot